IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | **CASE NO. 6:21-CR-00077-JCB-KNM-1** |
| **v.** | § | |
| | § | |
| | § | |
| **CRAIG WILKINS,** | § | |
| | § | |

**REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

On June 23, 2026, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Craig Wilkins. The government was represented by Ryan Locker, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Jonathan Hyatt, Federal Public Defender.

Defendant originally pled guilty to the offense of Felon in Possession of a Firearm, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 15 and a criminal history category of IV, was 30 to 37 months. On September 15, 2022, U.S. District Judge J. Campbell Barker of the Eastern District of Texas sentenced Defendant to 30 months imprisonment, followed by a 3-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, substance abuse treatment, and drug testing. On February 2, 2024, Defendant completed his period of imprisonment and began service of the supervision term in the Eastern District of Texas, Tyler Division.

1

Under the terms of supervised release, Defendant was prohibited from committing another federal, state, or local crime. In Allegation 1 of its petition, the government alleges that Defendant violated his conditions of supervised release on or about April 23, 2026, when Defendant was arrested by the Houston County Sheriff's Office for the Class A misdemeanor offense of Assault Causing Bodily Injury to a Family Member. If the court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by committing the offense of Assault Causing Bodily Injury to a Family Member, Defendant will have committed a Grade C violation. U.S.S.G. § 7C1.1(a). Upon a finding of a Grade C violation, the court may revoke supervised release. U.S.S.G. § 7C1.3(b). Considering Defendant's criminal history category of IV, the guideline imprisonment range for a Grade C violation is 6 to 12 months. U.S.S.G. § 7C1.5.

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to the Grade C violation of the condition prohibiting Defendant from committing any additional federal, state, or local crimes asserted as Allegation 1 in the government's petition. In exchange, the government recommended to the court that Defendant be imprisoned for a term of 8 months with no period of supervised release to follow.

The court therefore **RECOMMENDS** that Defendant's plea of true to Allegation 1 be accepted and that he be imprisoned for 8 months with no period of supervised release to follow. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 25th day of June, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

2