UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:21-cr-00077

———

**United States of America**

v.

**Craig Wilkins**

———

## ORDER

This criminal action was referred to United States Magistrate Judge John D. Love under 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on June 23, 2026, and issued a report recommending that defendant's term of supervised release should be revoked. Doc. 58. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 57.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that defendant is sentenced to a period of eight months imprisonment with no period of supervised release to follow.

*So ordered by the court on July 9, 2026.*

_____

J. CAMPBELL BARKER
United States District Judge

- 1 -